

**The Motion is DENIED for the reasons stated on the record.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is DENIED.**

**Dated: August 03, 2020**

_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 20-51355G |
| KEVIN STERNECKERT § | |
| § | |
| § | |
| DEBTOR(S) § | CHAPTER 13 PROCEEDING |

### ORDER GRANTING EXPEDITED MOTION TO IMPOSE THE AUTOMATIC STAY PURSUANT TO § 362(c)(4)(A)(i)(B)

On this date came on to be considered the above-identified motion filed by Debtors. The Court is of the opinion that notice is proper, that no parties in interest have requested a hearing, that the Motion is well taken and that it should be granted.

**IT IS THEREFORE, ORDERED,** that the automatic stay continue under § 362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

###

Prepared by:
Magdalena Gonzales
Law Office of Magdalena Gonzales P.C.
2939 Mossrock, Ste. 130
San Antonio, Texas 78230
210-530-5002 Phone/210-530-5004 Fax

